THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 10, 2015



G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In the matter: | Chapter 13 |
| Kevin Williams, | Case No. 11-24658-GMH |
| Debtor. | |

Kevin Williams,

        Plaintiff,

v.

City of Milwaukee City Clerk,        Adversary No. 11-2527-GMH

        Defendant.

**ORDER GRANTING JUDGMENT FOR PLAINTIFF**

On December 9, 2015, the court issued an oral ruling granting judgment in favor of the plaintiff. See CM-ECF, No. 102.

Accordingly, for the reasons stated on the record,

IT IS ORDERED that the clerk is directed to enter judgment against defendant City

of Milwaukee in the amount of $133,481.49 in favor of plaintiff Kevin Williams. Plaintiff shall pay the judgment amount to the chapter 13 trustee in accordance with the terms of his confirmed chapter 13 plan. To the extent that the plan requires Williams to pay the entire recovery to the trustee, he must pay the amount subject to exemption to the trustee unless and until he confirms a modified plan allowing him to retain the exempted amount (regardless of anything to the contrary in the December 9, 2015, oral ruling).

# # # # #