B2630 (Form 2630) (12/15)

# United States Bankruptcy Court

_Eastern_ District Of _Wisconsin_

In re _Kevin Williams_,  
    Debtor

_Kevin Williams_,  
    Plaintiff

v. _City of Milwaukee_,  
    Defendant

Case No. _11-24658-gmh_  
Chapter _13_  
Adv. Proc. No. _11-2527_

## BILL OF COSTS

Judgment was entered in the above entitled action on _12/9/15_ (date) against _City of Milwaukee_.

**The clerk of the bankruptcy court is requested to tax the following as costs:**

| | |
|---|---:|
| Fees of the clerk......................................................................................................... | $ _____ |
| Fees for service of summons and complaint .............................................................. | $ _____ |
| Fees of the court reporter for any and all part of the transcript necessarily obtained for use in the case..... | $ 1,362.00 |
| Fees and disbursements for printing ............................................................................ | $ _____ |
| Fees for witnesses (*Itemized on reverse*)..................................................................... | $ 126.46 |
| Fees for exemplifications and copies of papers necessarily obtained for use in this case .......... | $ _____ |
| Docket fees under 28 U.S.C. § 1923............................................................................ | $ _____ |
| Costs incident to taking of depositions ......................................................................... | $ _____ |
| Costs as shown on Mandate of appellate court........................................................... | $ _____ |
| Other costs [*Itemized on reverse*] ................................................................................ | $ 950.32 |
| TOTAL | $ 2,438.78 |

## DECLARATION

I, attorney for _Kevin Williams_ (name of party) declare under penalties of perjury that the foregoing costs are correct and were necessarily incurred in this action, that the services for which fees have been charged were actually and necessarily performed, and that a copy of this Bill of Costs was mailed this day with postage fully prepaid to:

Name of Judgment Debtor: _City of Milwaukee_  
Address: _c/o Kevin P. Sullivan, Asst. City Attorney_  
_200 East Wells Street #800_  
_Milwaukee, WI 53202_

Date _3/6/17_    Signature of Attorney _/s/ Todd C. Esser_

COSTS ARE TAXED IN THE FOLLOWING AMOUNT AND INCLUDED IN THE JUDGMENT:    $ _____

Clerk of the Bankruptcy Court _____  
Date _____    By Deputy Clerk: _____

**Witness Fees** (computation, cf. 28 U.S.C. § 1821 for statutory fees)

| Name and Residence | Attendance | | Subsistence | | | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | $ _____ | | $ _____ | | $ _____ | $ _____ |
| John Christman | 1 | $ 40.00 | | $ _____ | 5.4 | $ 10.58 | $ 50.58 |
| Marco Verdiguel | 1 | $ 40.0 | | $ _____ | 62 | $ 35.88 | $ 75.88 |
| | | | | | | TOTAL | $ 126.46 |

**NOTICE**

**Section 1924, Title 28, U.S. Code provides:**
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**Section 1920 of Title 28 reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Bankruptcy Procedure contain the following provisions:**
**Rule 7054(b)(1)**
"(1) Costs *Other Than Attorney's Fees*. The court may allow costs to the prevailing party except when a statute of the United States or these rules otherwise provides. Costs against the United States, its officers and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on 14 days' notice; on motion served within seven days thereafter, the action of the clerk may be reviewed by the court."

**Rule 9006(f)**
"ADDITIONAL TIME AFTER SERVICE BY MAIL OR UNDER RULE 5(b)(2)(D), (E), OR (F) F.R.Civ.P. When there is a right or requirement to act or undertake some proceedings within a prescribed period after service and that service is by mail or under Rule 5(b)(2)(D), (E), or (F) F.R.Civ.P., three days are added after the prescribed period would otherwise expire under Rule 9006(a)."

**Rule 7058**
This rule incorporates Rule 58 F.R.Civ.P. Rule 58(e) provides, in part, "Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees."

Other Costs

| | |
|---|---:|
| Appraisal Services (John Spence) | $200.00 |
| Fritz Cape Appraisal | 595.00 |
| Certified copy of Order | 11.00 |
| Certified copies | 1.50 |
| Service of Process (Max Serve, LLC) | 90.00 |
| Photo printing (exhibits) | 52.82 |
| Total Other Costs | $950.32 |