09/15/2022

Judge Pamela Pepper
517 E. Wisconsin Ave.
Milwaukee, WI 53223


FILED-MAIL
2022 SEP 30 PM 3: 51
US BANKRUPTCY COURT
EASTERN DISTRICT OF WI

RE: Case #11-02527 Kevin C. Williams VS. City of Milwaukee

Your Honor:

    Judge Pepper, I am afraid your judgement for the plaintiff in case #11-02527 in the Issue of Kevin C. Williams VS. City of Milwaukee IS/HAS not been PAID out according to the Judge's orders? Also, I must say the City of Milwaukee has continued is disenfranchisement and disobeying of the FEDERAL order after the Alderman VOTED(15-0) to support the Federal order in July, 2017*? Furthermore, after the issue WAS not resolved by the COUNCIL's vote, I am NOT sure how the other plaintiff's Mr. & Mrs. Campbell and Rita Gillespie MADE out after this decision BUT I continued to STRUGGLE without my income from the property at 3202-3210 N. Sherman Blvd*?

    So much SO, I decided in LATE 2017 that it might be BEST to RE-Enter a new case with the Federal COURT and Attorney Todd Esser HAD received his $132,000.00* in FEES an no longer wanted to REPRESENT me in the MATTER. I hired LOCAL attorney Richard Check and we began a NEW case with Eastern District #17-31103. Attorney Check was convinced the property WHICH I owned at 3801-3803 W. Douglas Ave. would have been PAID off based on documentation from ATTORNEY ESSER's office showing an over $53,000.00 payment to SETERUS in April, 2017.

    Also, it may have appeared that having the SAME trustee Rebecca Garcia whom was familiar with THE ruling you had issued in adversary CASE #11-02527 and 11-024658 that she would work in our FAVOR or AT least be UN-BIASED? Unfortunately, although Rebecca Garcia was trustee for previous cases there seem to be an EMBEZZLEMENT issue because funds PAID OUT to Seterus of $53,000.00+ on April, 2017* seem to have NEVER been RECEIVED. But, according to the (04/2017) letter from Esser and Associates Rebecca had received her $5,384.29 trustee Commission?

    IF 10-12% commissions, are allowed by federal employees for each and every payment made by them at the federal LEVEL then OLK, but EMBEZZLEMENT of the $53,000.00 is NOT fair/unbiased. AS ServiceLink burglarized my HOME at 3801-3803 W.Douglas Ave. during my 17-31103 case Rebecca did NOTHING and case was dismissed? Also, Rebecca ADDED additional DEBT to my (2019/2020)cases for Nationstar PRIOR to case dismissal. These DEBTS are unrecognized by Lexington LAW and they are challenging the LEGITIMACY of such debts? Further retaliation, city of Milwaukee knocked down the door to my Primary residence on 03/14/2019 and has refused to repair. Also, non-profit city organization community advocates is withholding $17,700.00 in RENT for residence on Douglas AVE.

*Janet L. Medlock*
*Clerk, U.S. Bankruptcy Court*



United States Bankruptcy Court
Eastern District of Wisconsin
Office of the Clerk

To: Kevin C. Williams
d/b/a KCW, Inc.
c/o Todd C. Esser, Esq.
Todd C. Esser & Associates
11805 West Hampton Avenue
Milwaukee, WI 53225

IN RE: **Kevin C Williams**
**Clerk**
Debtor(s): Kevin C
Case No. **11-02527-gmh**
Main No.: 11-246

Pursuant to Federal Rule of Bankruptcy Procedure 8004: enclosed is a copy of a N 19, 2016, by City of Milwaukee in the above captioned adversary proceeding.

EXHIBIT

enc.
cc:
Office of the U.S. Trustee
Rebecca Garcia, Chapter 13 Trustee
Grant F. Langley, City Attorney
Kevin P. Sullivan, Assistant City Attorney

Dated: January 20, 2016

**JANET L. MEDLO**
Clerk of Court

By: Mary F.
Deputy Clerk

09-24-12

CITY OF MILWAUKEE
12 SEP 24 PH 3:57
CITY CLERK'S OFFICE

2012 SEP 25 AM 11:27
CITY ATTORNEY

City Clerk's Office
Attn Claims
200 E. Wells Street
Milwaukee, WI 53202

Claim from 5/25/12 Bankruptcy Court Ruling
Case # 11-24658

To Whom it May Concern:

    I, Kevin G. Williams am filing a claim against the City of Milwaukee for the sum of 2.5 Million dollars.

    In preserving my rights to file a claim against the City of Milwaukee for unlawful seizure of real property located @ 3202-3210 N. Sherman Blvd. & in light of favorable ruling in Federal Court of Adversary

State of Wisconsin
Dept of Workforce Development
Equal Rights Division

# Discrimination Complaint
# Fair Housing

ERD Case #
CR

For Office Use

**Important!! Please Read All Of The Instructions On Page 3 Before Starting
Type Or Print In Black Ink**

Personal information you provide may be used for secondary purposes. [Privacy Law, s. 15.04 (1)(m) Wisconsin Statutes].

## 1. Complainant Information

Last Name: WILLIAMS
First Name: KEVIN
Initial: C.
Street Address: 2770 N. GRANT BLVD.
City: Milwaukee  State: WI  Zip Code: 53210
Home Telephone Number: (414)-374-1398
Work Telephone Number: ( ) SSDI Recepient

## 2. Respondent Information

Name of the housing provider you believe discriminated against you. If more than one respondent, list each separately on extra sheet.

City OF Milwaukee

Street Address: 210 E. Wells ST.
City: Milwaukee  State: WI  Zip Code: 53222
Telephone number: (414) 286-2489

## 3. Your complaint may be filed with another agency unless you check "no" below

☐ Yes  See #3, in the instructions page, for more details
☐ No

## 4. County in which the discrimination occurred?

Name of County: Milwaukee

## 5. BASIS: You must list a basis for your complaint. (For example: "sex-female," "race-African American," "disability-visual impairment," "sexual orientation-homosexual," etc.)

What is the **basis** for your complaint:
RACE (AFRICAN AMERICAN) DISABILITY COMPLAINT (EPILEPSY)
AM AN AMERICAN CITIZEN MY AMERICAN CIVIL Economic

Case 11-02527-gmh   Doc 135   Filed 09/30/22   Page 4 of 13

**6. STATEMENT:** What did the respondent **do**? List each action you believe was discriminatory.
(They refused to rent to me or I was evicted or they charged higher rent, etc.)
Then, say **why** you believe you were treated differently because of the basis you listed above.

Federal Judgement Issued By Judge Pamela Pepper In Case #11-02527 For Fraudulent Seizure of Home @ 3202-3210 N. Sherman Blvd. Judge Pepper Ruled In Favor of Plaintiffs In (11-02527) other Plaintiffs Rita Gillespie & Mr & Mrs. Campell may have Received There Homes Back? Officials of Federal Court like Trustee Garcia, Attorney Quiroz & Judge Perlacher seem to Approve of The Jim Crow Approach of City of Milwaukee? After Common Council Voted (15-0) As If This Was/Is A Democracy In July 2017*? Due to Failure of City Too Uphold Federal Judgement & Pay out my Damages like Attorney fees (#132,000.00) Lost Rent (48,000.00) Thru 09/22 @ $2,000.00 per month, Return $200,000.00 Asset/Pay for Cost @ Time of Seizure & (5) Million Dollar Claim Filed With City Clerk, Not Too Mention (1965) Ford Thunderbird Convertible A#1 ($75,000.00) Automobile? Blackballing & Retaliation: Money Hungry Trustee Garcia Paid (10-12%) on Each Payment to Rough Federal Court, Seemed to have Embezzled payment to Seterus from Essen & Associates Letter Dated 04/2017*? Seterus/Nationstar other Fraudulent Lenders Claimed Too never have Received Payment? Dismissals of 2017, 2019, 8020 Cases?

Case 11-02527-gmh Doc 135 Filed 09/30/22 Page 5 of 13

**7. DATES:** (month/day/year)

# Equal Rights Complaint Process Information

For effective complaint handling, please complete and return the following information with your complaint.

| Complainant First Name | Complainant Middle Name or Initial | Complainant Last Name |
|---|---|---|
| KEVIN | C. | WILLIAMS |

| Current Date | Complainant Date of Birth (requested for identification purposes) mm/dd/yyyy |
|---|---|
| 09/18/2022 | 12/11/1972 |

**Availability:** (Important! You must notify the Department if you change your address or phone number. If we are unable to locate you, your complaint may be dismissed.)

What Days and times are you usually available to discuss your complaint?

TUESDAY & THURSDAY (414-374-1398) HAVE FILED HUD COMPLAINT, COMPLAINT WITH WESTERN DISTRICT, CFPB, BBB & FANNIE MAE

Is there a telephone where we can reach you during the day?
☒ Yes ☐ No
If so, please provide the area code and number: (414) 374-1398

In case we cannot reach you, please provide the name, address and phone number of a person who **does not** reside with you but will always know where you live and how to reach you.

| Name | Street Address |
|---|---|
| SANDRA TEMPLE | P.O. BOX 91256 |

| City | State | Zip Code | Telephone Number |
|---|---|---|---|
| Milwaukee | WI | 53209 | (414) 447-1899 |

## Settlement Information

At this time, what would you accept to settle your complaint?

RETURN OF HOME @ 3202-3210 N. SHERMAN BLVD (SUPPOSEDLY SOLD) OR A 200,000.00 ATTORNEY FEES ($13,060.00) LOST RENT ($8,000.00) ($2,000.00) PER MONTH PER FEDERAL COURT, 1965 FORD THUNDERBIRD CONVERTIBLE ($75,000.00) CLAIM FOR (5) MILLION FILED WITH CITY CLERK (2011) APPLICABLE INTEREST & FEES, $8,275.00 FOR A HOME FRONT DOOR WHICH CITY DESTROYED 03/19/2012

## Complaint Information

| Have you filed this charge with any other agency? | If so, name of agency? | Date Filed |
|---|---|---|
| | HUD, CFPB, WESTERN DISTRICT OF FEDERAL COURT, | 09/12/2022 |

# Discrimination Complaint Instructions--What Is Covered and How to File

If you believe you have been discriminated against in violation of the Fair Housing Law, you may file a complaint with DWD's Equal Rights Division. Your complaint must be filed within **one year** of the action that you believe was discriminatory.

To accept your case, the Division must have certain information. **Make sure you carefully follow the instructions outlined below.** The numbers on these instructions match the numbered sections on the front of this form.

1. **Complainant:** You must write your legal name, address and telephone number.

2. **Respondent:** You must provide the complete name, address and telephone number of the housing provider or person that this charge is being filed against. If the respondent is a housing provider, the name of the property owner should be used. If you are not sure who the owner is, you might obtain this information from the manager or realtor. You might ask your local municipal assessor to tell you who pays the taxes on the property. If there is more than one respondent, list each separately.

3. **Referrals:** The City of Madison Equal Opportunities Division (MEOD) administers an ordinance similar to state law. The Equal Rights Division will handle your complaint if it is initially filed with us, but we will also refer your complaint to MEOC if the housing is located within Madison's city limits. Your complaint may also be sent to other Fair Housing agencies.

4. **County:** You must write the name of the county where the housing is located.

5. **Basis:** You must give a basis for your complaint. The Wisconsin Fair Housing Act prohibits discrimination in the rental and sale of housing on the following bases.

   | RACE | COLOR | ANCESTRY |
   | RELIGION | AGE (18+) | DISABILITY |
   | SEX | SEXUAL ORIENTATION | NATIONAL ORIGIN |
   | MARITAL STATUS | FAMILY STATUS | LAWFUL SOURCE OF INCOME |

   STATUS AS A VICTIM OF DOMESTIC ABUSE, SEXUAL ABUSE OR STALKING

6. **Statement:** What was done? You should list each action you feel was discriminatory. When describing a Respondent's action in this section, the individual who took the action should be identified, if possible. Then, tell us why you believe this action was taken because of the basis you listed.

7. **Dates Action Occurred:** Give us the first and last dates you believe discrimination occurred.

8. **Your Signature:** Make sure you or your representative signs the form.

Mail your **Completed** and **Signed** complaint to one of the following Equal Rights Division offices:

CIL
## Meeting Minutes

**Sponsors:** THE CHAIR

A motion was made by ALD. MURPHY that this Resolution be ADOPTED. Th motion PREVAILED by the following vote:

Aye, 15 - Ald.Hamilton, Ald.Johnson, Ald.Kovac, Ald.Bauman, Ald.Bohl, Ald.( Ald.Rainey, Ald.Donovan, Ald.Lewis, Ald.Murphy, Ald.Borkowski, Ald.Perez, Ald.Witkowski, Ald.Zielinski Ald.Stamper

No, 0

Substitute resolution relative to legislative bills

**Sponsors:** THE CHAIR

A motion was made by ALD. MURPHY that this Resolution be ADOPTED. motion PREVAILED by the following vote:

Aye, 15 - Ald.Hamilton, Ald.Johnson, Ald.Kovac, Ald.Bauman, Ald.Bohl, A Ald.Rainey, Ald.Donovan, Ald.Lewis, Ald.Murphy, Ald.Borkows Ald.Perez, Ald.Witkowski, Ald.Zielinski Ald.Stamper

No, 0

Resolution authorizing payment of a judgment entered by U.S. Bankruptcy Court in the lawsuit titled Kevin C. Williams v. City Milwaukee.

**Sponsors:** THE CHAIR

A motion was made by ALD. MURPHY that this Resolution be ADOPT

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:



DATED: September 3, 2013

Pamela Pepper
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In re:

| | |
|---|---|
| JUDSON W. CAMPBELL<br>THERESE M. CAMPBELL<br>(a/k/a THERESE PARKER) | Chapter 13 Proceeding<br>Case No. 2011-28144-PP |
| | Adversary Proceeding No. 2011-02561-PP |

Debtors/Plaintiffs,

v.

CITY OF MILWAUKEE

Defendant.

---

| | |
|---|---|
| KEVIN WILLIAMS<br>(d/b/a KCW, Inc.) | Chapter 13 Proceeding<br>Case No. 2011-24658-PP |
| Debtor/Plaintiff, | Adversary Proceeding No. 2011-02527-PP |

v.

CITY OF MILWAUKEE

Plaintiff,

#1292961125

v.

CITY OF MILWAUKEE,

Defendant.

## STIPULATION

The undersigned parties who are plaintiffs in the above-captioned adversary proceedings, by their respective counsel of record, and the undersigned City of Milwaukee, defendant in each of the above-captioned adversary proceedings, by its counsel, in order to settle the evidentiary hearing originally scheduled for June 12, 2013, before the Honorable Pamela Pepper, U.S. Bankruptcy Judge, hereby agree and stipulate as follows:

1. The fair market value of the real property formerly owned by Kevin C. Williams at 3202 North Sherman Boulevard, as shown by the assessed value established by the City of Milwaukee as of January 1, 2010, for the purpose of the judgment of tax foreclosure entered on July 26, 2010, is $158,500.00.

2. The fair market value of the real property formerly owned by Judson W. and Therese M. Campbell at 4893 North 66th Street, as shown by the assessed value established by the City of Milwaukee as of January 1, 2011, for the purpose of the judgment of tax foreclosure entered on February 27, 2011, is $88,500.00.

3. The fair market value of the real property formerly owned by Rita Gillespie at 2979 North Palmer Street, as shown by the assessed value established by the City of Milwaukee

| | |
|---|---|
| RITA GILLESPIE, | Chapter 13 Proceeding<br>Case No. 2011-31185-PP |
| Debtor/Plaintiff, | |
| | Adversary Proceeding No. 2011-02597-P |
| v. | |
| CITY OF MILWAUKEE | |
| Defendant. | |

---

### ORDER GRANTING JUDGMENT IN FAVOR OF PLAINTIFFS

---

The Court having conducted a hearing in the above-referenced adversary proceedings on August 15, 2013 and the Court having noted the appearances of Todd C. Esser, attorney for Kevin Williams and Judson and Therese Campbell, Richard A. Check, attorney for Rita Gillespie and Kevin P. Sullivan, attorney for the City of Milwaukee, and the Court having considered the testimony of the appraisers, the appraisal reports which were admitted to evidence, arguments of counsel and all the records and pleadings and for the reasons as more fully set forth in the Court Minutes and records dated August 15, 2013 the Court finds in favor of plaintiffs Kevin C. Williams, Judson and Therese Campbell, and Rita Gillespie. The Court orders judgment in favor plaintiffs Kevin C. Williams, Judson and Therese Campbell and Rita Gillespie, and against the defendant, the City of Milwaukee. The Court finds that the transfers of the plaintiffs' properties located at 3200-3210 North Sherman Boulevard, Milwaukee, Wisconsin (see attached legal description) as to Kevin C. Williams; 4893 North 66th Street, Milwaukee, Wisconsin (see attached legal description) as to Judson and Therese Campbell; and 2979 North

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| In re: Kevin C. Williams,<br>        Debtor. | Chapter 13 Proceedings<br>Case No. 2011-24658-gmh |
| Kevin C. Williams,<br>        Plaintiff, | |
| v. | Adversary Proceeding<br>No. 2011-2527 |
| CITY OF MILWAUKEE,<br>        Defendant. | |

CERTIFICATE OF SERVICE

STATE OF WISCONSIN   )
                            ) ss
MILWAUKEE COUNTY   )

    The undersigned, being first duly sworn on oath, says on the 16th day of February, 2016, she placed the APPELLEE'S ORDER FOR PRINTED TRANSCRIPTS TO BE INCLUDED IN RECORD ON APPEAL, a copy of which is now on file herein, and that copies of these documents were mailed, properly enclosed in a postage paid envelope, or served electronically if the party accepts electronic service to the following:

Rebecca R. Garcia, Trustee

City of Milwaukee City Clerk
200 East Wells Street #205
Milwaukee, WI 53202

Kevin P. Sullivan
Assistant City Attorney
200 East Wells Street, #800
Milwaukee, WI 53202

Kevin C. Williams
2770 North Grant Blvd.
Milwaukee, WI 53210



Williams
2770 N. GRANT BLVD
Milwaukee, WI 53210

CHEIF JUDGE PAMELA PEPPER
517 E. WISCONSIN Ave
Milwaukee, WI 53203
CASE # 11-02527