11/11/2022:

## EVIDENCE OF WRONG DOING

JUDGE HALFENGER:

Again, I am providing evidence to support your wrong doing! On Veterans Day, we celebrate our nations veterans! However, I have evidence that goes back prior to Judge Peppers decision in 11-02527! As Plaintiff in this legal action by Federal Court! Therefore,

* My claim filed for 2.5 million with City Clerk should've been paid!
* My Home @ 3202-3210 N. Sherman Blvd Returned!
* Damages to bring property to a rentable condition!
* Lost Rent @ $2,000.00 per month per Judge Pepper is now $54,000.00 owed!
* Attorney Fees: To compensate Atty. Esser, Atty. Check, Atty. Rollie Hanson, Atty. Dean Troyer
* Stolen Property: of 1986 Mercedes Benz 420SEL & Ford Thunderbird Convertible
* Expenses/Fees: Necessary to make repairs & provide services!
* 8: Points of concern which you are obviously ignoring!

My payment on damage or Investment Prop. Has got to be returned! Convert as av.

K.C.

09-24-12

2012 SEP 25 AM 11:27
CITY ATTORNEY
12 SEP 24 PH 3:57
CITY OF MILWAUKEE
CITY CLERK'S OFFICE

City Clerk's Office
MAN Claims
200 E. Wells Street
Milwaukee, WI 53202

Claim From 5/25/12 Bankruptcy Court Ruling
Case # 11-24658

To Whom it May Concern:

I, Kevin G. Williams am filing a claim against the City of Milwaukee for the sum of 2.5 Million Dollars.

In preserving my rights to file a claim against the City of Milwaukee for unlawful seizure of Real Property located @ 3102-3210 N. Sherman Blvd. & in light of favorable ruling in Federal Court of Adversary Case # 11-2561 on 05/25/12.

I am acting to preserve my rights within 120 days of adversary case favorable ruling. If further proceedings in court show further wrongdoing I have reserved my right to file a [claim] due to all of my Pain & Suffering



OFFICE OF THE CITY CLERK
Milwaukee, Wisconsin

# INSTRUCTIONS FOR FILING A CLAIM AGAINST THE CITY OF MILWAUKEE

To file a claim against the City a claimant must comply with Section 893.80(1), Wis. Stats., a copy of which is printed at the bottom of this instruction sheet. Generally the statute requires the claimant to submit to the City Clerk:

1. A document stating the circumstances of the claim which must be signed by the claimant, or his/her agent or attorney. This document should be filed within 120 days of the event.
2. A document stating the address of the claimant and a statement of the relief sought. If money damages are sought, a specific sum must be stated.

*(The above information may be combined in a single document.)*

The following information should also be submitted to allow the City to promptly act on your claim:
1. Proof of the amount of the claim by means of either itemized receipts or two itemized estimates.
2. A phone number where the claimant can be reached during business hours as well as the claimant's e-mail address, if any.
3. As detailed a description of the incident as possible, including the date, time and place.

All information should be submitted to:
City Clerk
ATTN: CLAIMS
200 E. Wells St., Room 205
Milwaukee, WI 53202-3567

## ADDITIONAL INFORMATION
Before you can file a lawsuit against the City of Milwaukee for reimbursement, State law requires that you first follow the claim procedures established by the City Clerk.

Filing a claim against the City does not automatically guarantee reimbursement from the City. However, the City examines each claim on an individual basis in determining if reimbursement is legally required.

In order to obtain reimbursement for a claim against the City, you must prove that the City or its employees acted unlawfully or negligently.

Only the City Attorney or the Common Council and the Mayor can authorize payment of a claim against the City. Any other representations made by City employees are not legally binding on the City.

---

**893.80** Claims against governmental bodies or officers, agents or employees; notice of injury; limitation of damages and suits. **(1)** Except as provided in subs. (1g), (1m), (1p) and (8), no action may be brought or maintained against any volunteer fire company organized under ch. 213, political corporation, governmental subdivision or agency thereof nor against any officer, official, agent or employee of the corporation, subdivision or agency for acts done in their official capacity or in the course of their agency or employment upon a claim or cause of action unless:

(a) Within 120 days after the happening of the event giving rise to the claim, written notice of the circumstances of the claim signed by the party, agent or attorney is served on the volunteer fire company, political corporation, governmental subdivision or agency and on the officer, official, agent or employee under s. 801.11. Failure to give the requisite notice shall not bar action on the claim if the fire company, corporation, subdivision or agency had actual notice of the claim and the claimant shows to the satisfaction of the court that the delay or failure to give the requisite notice has not been prejudicial to the defendant fire company, corporation, subdivision or agency or to the defendant officer, official, agent or employee; and

(b) A claim containing the address of the claimant and an itemized statement of the relief sought is presented to the appropriate clerk or person who performs the duties of a clerk or secretary for the defendant fire company, corporation, subdivision or agency and the claim is disallowed.

*Janet L. Medlock*
*Clerk, U.S. Bankruptcy Court*



126 U.S. Courthouse
517 East Wisconsin Ave.
Milwaukee, WI 53202-4581
414-297-3291
www.wieb.uscourts.gov

United States Bankruptcy Court
Eastern District of Wisconsin
Office of the Clerk

To: Kevin C. Williams
d/b/a KCW, Inc.
c/o Todd C. Esser, Esq.
Todd C. Esser & Associates
11805 West Hampton Avenue
Milwaukee, WI 53225

IN RE: **Kevin C Williams – v – City of Milwaukee City Clerk**
Debtor(s): Kevin C Williams
Case No. **11-02527-gmh**
Main No.: 11-24658-gmh

Pursuant to Federal Rule of Bankruptcy Procedure 8004: enclosed is a copy of a Notice of Appeal filed on January 19, 2016, by City of Milwaukee in the above captioned adversary proceeding.

EXHIBIT 3

enc.
cc:
Office of the U.S. Trustee
Rebecca Garcia, Chapter 13 Trustee
Grant F. Langley, City Attorney
Kevin P. Sullivan, Assistant City Attorney

Dated: January 20, 2016

**JANET L. MEDLOCK**
Clerk of Court

By: Mary F.
Deputy Clerk

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: December 10, 2015

G. Michael Halfenger
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

In the matter:                          Chapter 13

    Kevin Williams,                   Case No. 11-24658-GMH

            Debtor.

Kevin Williams,

            Plaintiff,

v.

City of Milwaukee City Clerk,         Adversary No. 11-2527-GMH

            Defendant.

**ORDER GRANTING JUDGMENT FOR PLAINTIFF**

On December 9, 2015, the court issued an oral ruling granting judgment in favor of the plaintiff. See CM-ECF, No. 102.

Accordingly, for the reasons stated on the record,

IT IS ORDERED that the clerk is directed to enter judgment against defendant City

*Sponsors:*     THE CHAIR

A motion was made by ALD. MURPHY that this Resolution be ADOPTED. The motion PREVAILED by the following vote:

Aye, 15 - Ald.Hamilton, Ald.Johnson, Ald.Kovac, Ald.Bauman, Ald.Bohl, Ald.
Ald.Rainey, Ald.Donovan, Ald.Lewis, Ald.Murphy, Ald.Borkowski,
Ald.Perez, Ald.Witkowski, Ald.Zielinski Ald.Stamper

No, 0

Substitute resolution relative to legislative bills

*Sponsors:*     THE CHAIR

A motion was made by ALD. MURPHY that this Resolution be ADOPTED. The motion PREVAILED by the following vote:

Aye, 15 - Ald.Hamilton, Ald.Johnson, Ald.Kovac, Ald.Bauman, Ald.Bohl, A
Ald.Rainey, Ald.Donovan, Ald.Lewis, Ald.Murphy, Ald.Borkows
Ald.Perez, Ald.Witkowski, Ald.Zielinski Ald.Stamper

No, 0



Resolution authorizing payment of a judgment entered by U.S. Bankruptcy Court in the lawsuit titled Kevin C. Williams v. City Milwaukee.

*Sponsors:*     THE CHAIR

A motion was made by ALD. MURPHY that this Resolution be ADOPT motion PREVAILED by the following vote:

Aye, 15 - Ald.Hamilton, Ald.Johnson, Ald.Kovac, Ald.Bauman, Ald.Bo
Ald.Rainey, Ald.Donovan, Ald.Lewis, Ald.Murphy, Ald.Borkc
Ald.Perez, Ald.Witkowski, Ald.Zielinski Ald.Stamper

No, 0

Phone: 920.231.2150
Fax: 920.231.5713
E-Mail info@ch13oshkosh.com
Website: www.ch13oshkosh.com

**REBECCA R. GARCIA**
**Chapter 13 Trustee in Bankruptcy**
**EASTERN DISTRICT OF WISCONSIN**
P O Box 3170
Oshkosh, WI 54903-3170

June 5, 2020

KEVIN C WILLIAMS
2770 NORTH GRANT BOULEVARD
MILWAUKEE, WI 53210

RE: KEVIN C WILLIAMS
Case No. 20-20917-KMP
Court Claim No.: 9

Dear NATIONSTAR MORTGAGE LLC:

This letter is to inform you that the secured claim you filed in the above case on 06/04/2020 has not been included in the Debtor's original Chapter 13 Plan or any amended plan filed thereafter. Your claim will not be paid through this Chapter 13 Bankruptcy unless the Debtor or Debtor's attorney amends the plan to include your claim.

Very truly yours,

Rebecca R. Garcia

Rebecca R. Garcia
Chapter 13 Trustee

RRG/CL

Enclosures

cc: STROUSE LAW OFFICE
    KEVIN C WILLIAMS

08/21/2021

Gina Colletti-Clerk of Courts
United States Court of Appeals for the Seventh District
Everett McKinley Dirksen United States Courthouse
219 S. Dearborn Street-Room 2722
Chicago, IL 60604

U.S.C.A. – 7th Circuit
RECEIVED
SEP 13 2021

Clerk of Courts:

# ONGOING MISCONDUCT AT FEDERAL LEVEL

It is Challenging FOR BLACKS to receive FAIR treatment UNDER the LAW in federal court? Over (30) days ago, I complained ABOUT years of WHAT I would consider BIASED, RACE BASED abuse conducted and CONTINUED by Trustee Garcia. OVER (10) years of CASES in the federal system have been MISHANDLED and ABUSES clearly BASED on Favoritism AND RACE.

FOR EXAMPLE:

- In 09/29/2010, My property being FRAUDULENTLY SEIZED by City of Milwaukee WHILE being supposedly protected UNDER a Chapter 13 PLAN. STILL, the City of Milwaukee WAS/IS allowed to seize my HOME in the protection of A BANKRUPTCY and this seizure doesn't provide an interruption of MY Automatic Stay protection CASE #(09-39585).
- Continued MisCONDUCT by Trustee Garcia WHOM was the Trustee of my Adversary CASE #11-02527 and which Pamela Pepper issued a Judgement in FAVOR of the Plaintiff. I AS the original Plaintiff, HAD other litigants of color, JOIN my case which a JUDGEMENT was Issued in June, 2017 and a (15-0) Vote was issued to decide the CASE. STILL, for years LATER AS the Plaintiff My HOME at 3202-3210 N. Sherman Blvd. HAS not been returned and has been/is being repaired with FULL electric ON.
- DODGE CITY/Milwaukee: IF lawlessness IS IN the local democratic administration, WHERE can an average CITIZEN turn for abuses of POWER LIKE I have Witnessed for 10 years. Seems Like an OLE Episode of "Gunsmoke" with all of the LAWLESS people, LandCLAIMERS, Politicians and City Attornies ALL whom seem to support Jim Crow. I have wrote Letters, MADE copies and SENT faxes to VARIOUS Branches of the LAWLESS LAW since 09/29/2010, this burden has caused SLEEPLESS Nights and HEALTH Problems.
- Retaliations: Since the 2017 Judgement, City has not returned my HOME(3202-3210 N. Sherman Blvd.). HAS knocked down the front door of my primary RESIDENCE (03/2019). Also, has seems to have a convenient PLACE for Trustee Garcia and Judge Perlach in there HIP Pocket. For Although, I have faxed 2019-2020 TAXES and provided in the

# WISCONSIN SUPREME COURT
# OFFICE OF LAWYER REGULATION

## GRIEVANCE FORM

FOR OFFICE USE

I hereby request investigation on the basis of the following:
(*Please print or type.*)

1. _____
Attorney's name (*Please Print*)

_____
Street Address

_____
City

State: _____ Zip Code: _____

( ) _____
Area Code/Telephone

2. _____
Your name (*Please Print*)

_____
Street Address

_____
City

State: _____ Zip Code: _____

( ) _____
Area Code/Telephone

3. Was this your attorney?  ❏ Yes  ❏ No   If **No**, whose? _____

4. Date Attorney was hired: _____

5. Date(s) conduct occurred: _____

6. What services was the attorney hired to provide? _____

_____

7. If the representation concerned a court case, give the name of the case and identify the court in which it was filed.

_____

_____

8. STATEMENT OF FACTS: Provide a detailed chronological summary of the conduct that you believe is unprofessional. Please use clear, plain language. You do <u>not</u> need to use legal terminology, cite Supreme Court Rules or case law, or make legal arguments.

_____

_____

_____

_____

(Continued on Reverse Side)

# COMPLAINT FORM

## IMPORTANT! COMPLETE ALL 4 SECTIONS

**1**
| DATE PROBLEM OCCURED | DATE(S) YOU COMPLAINED TO CO. | ORDER, CONTRACT, ACCT, OR POLICY | PRODUCT OR SERVICE |
|---|---|---|---|
| | | | |

| AMOUNT INVOLVED $ | MODEL NAME OR NO. | IF ADVERTISED WHERE/WHEN | DATE PURCHASED |
|---|---|---|---|
| | | | |

**2**
| COMPANY PHONE NO. | CUSTOMER PHONE NUMBER | CUSTOMER EMAIL ADDRESS |
|---|---|---|
| | | |

| COMPANY NAME, ADDRESS, CITY, STATE, ZIP | CUSTOMER NAME, ADDRESS, CITY, STATE, ZIP |
|---|---|
| | |

**3** WHAT IS YOUR COMPLAINT?

**4**
☐ NO SETTLEMENT DESIRED, FOR BBB INFORMATION
☐ SETTLEMENT DESIRED (PLEASE DESCRIBE WHAT YOU FEEL A FAIR SETTLEMENT WOULD BE

YOUR SIGNATURE                                                           DATE



**BETTER BUSINESS BUREAU SERVING WISCONSIN**
10019 W GREENFIELD AVE MILWAUKEE, WI 53214
COMPLAINTS CAN ALSO BE SUBMITTED ONLINE AT WWW.BBB.ORG
Phone: 414-847-6000 Fax: 414-302-0355



G. MICHEAL HAIFENYER
CASE # 11-02527
517 E. WISCONSIN AVE

Williams
277 N. GRANT BLVD.
MILWAUKEE WI 53210