So Ordered.

Dated: December 21, 2022



G. Michael Halfenger
Chief United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WISCONSIN
Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | December 15, 2022 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 11-24658 |
| DEBTOR: | Kevin C. Williams |
| ADV. PROC. NO.: | 11-02527 |
| PLAINTIFF: | Kevin C. Williams |
| DEFENDANT: | City of Milwaukee |
| NATURE OF HEARING: | Hearing on debtor's September 30, 2022, and November 15, 2022 correspondence |
| APPEARANCES: | Kevin C. Williams, *pro se* |
| | Rebecca Garcia, former chapter 13 trustee in Case No. 11-24658 |
| COURTROOM DEPUTY: | Sara Hackbarth |

A recording from the hearing has been posted to the docket. The court adjourned the hearing to **2:00 p.m. on May 24, 2023**, at Mr. Williams's request and for the reasons stated on the record, including that Mr. Williams told the court that he is seeking to retain counsel to assist him in further proceedings. Mr. Williams and any other interested party (except the former chapter 13 trustee) must appear in person in courtroom 133, United States Courthouse, 517 E. Wisconsin Avenue, Milwaukee, Wisconsin 53202.

Ms. Garcia, the former chapter 13 trustee, may appear at the May 24, 2023 hearing by telephone. To appear by telephone, you must call the court conference line at 1-888-684-8852, and enter access code 7183566 before the scheduled hearing time.

During the December 15, 2022 hearing Mr. Williams presented, and the court received, several documents to assist him in explaining his contentions and concerns. The clerk has labeled those documents, as a collection, "exhibit A", and they will be filed as an attachment to this court minutes and order.

# # # # #

# ESSERLAW LLC
**Attorneys at Law**

Todd C. Esser
Robert M. Waud
Kirk M. Fedewa
Michael J. Cerniglia
Michael Rud
Dorothy H. Dey
Steven E. Berg - Of Counsel

11805 W. Hampton Avenue
Milwaukee, WI 53225

**414-461-7000 Milwaukee**
262-619-0433 Racine
414-461-8860 Facsimile

email@esserlaw.com

April 14, 2017

Kevin C. Williams
2770 North Grant Blvd.
Milwaukee, WI 53210

RE:  Kevin C. Williams
Chapter 13 Case No. 11-24658

Dear Kevin

Enclosed please find your Trustee's status report which shows the breakdown of claims to be paid. Basically once the funds are received from the City, the trustee will pay claims based upon the terms of your Chapter 13 Plan as modified. The trustee will pay your allowed exemption to you ($5,000), attorney's fees ($45,221.49 plus $16,535 from pending fee application), secured claims ($47,290.39 plus Seterus' supplemental claim of $4,418.62), trustee's commission ($5,384.29) and the balance will be disbursed to unsecured creditors pro rata.

Also pursuant to your request, enclosed is a copy of the judgment

Very truly yours,

**TODD C. ESSER & ASSOCIATES**

*Todd C. Esser* /s/

TODD C. ESSER
TCE/nl
Enclosure

## "We want you to be...debt free"

*We are a federally designated debt relief agency.*
*We help people file for relief under the Bankruptcy Code.*

**esserlaw.com**


EXHIBIT
A

*EXAMPLE #7*

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

IN RE:

KEVIN C WILLIAMS

DEBTOR

CASE NO. 11-24658-GMH
CHAPTER 13

JUDGE G. MICHAEL HALFENGER

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, REBECCA R GARCIA files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** <u>FEDERAL NATIONAL MORTGAGE ASSOCIATION</u>

### Final Cure Amount

| Court Claim # | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 13 | XXXXX8576 | $41,024.44 | $41,024.44 | $0.00 |
| Total Amount Paid by Trustee | | | | $0.00 |

### Monthly Ongoing Mortgage Payment

Mortgage is Paid:

___ Through the Chapter 13 Conduit     **X** Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

FILED
12-18-2020
John Barrett
Clerk of Circuit Court
2019CV008051

STATE OF WISCONSIN   **CIRCUIT COURT**   **MILWAUKEE COUNTY**

Nationstar Mortgage LLC vs. KCW Inc. et al   **Notice of Hearing**

Case No: 2019CV008051

KCW INC.
2770 NORTH GRANT BLVD.
C/O KEVIN C.WILLIAMS
MILWAUKEE WI 53210

*414-220-5115
ATTN PAUL*

This case is scheduled for: **Motion hearing**

| Date 01-11-2021 | Time 08:30 am | Location Courthouse, Room 401 |
|---|---|---|
| Circuit Court Judge/Circuit Court Commissioner William S. Pocan-26 | | 901 N. Ninth Street Milwaukee WI 53233 |
| Re Foreclosure of Mortgage | | |

This matter will not be adjourned by the court except upon formal motion for good cause or with the specific approval of the c upon stipulation by all parties.

**PLEASE DO NOT APPEAR IN COURT**

This hearing is being held via video and/or telephone conferencing.  You may join this hearing by video or phone

BY VIDEO:  https://zoom.us/join
BY PHONE:  1-312-626-6799 US (Chicago)

Meeting IDv 98805060205
Meeting Link https://wicourts.zoom.us/j/98805060205

If you have questions or problems connecting to zoom hearing, please call court at (414) 278-4512

**If you require reasonable accommodations due to a disability to participate in the court process, please call 414-985-5757 prior to the scheduled court date. Please note that the court does not provide transportation.**

Milwaukee County Circuit Court
Date: December 18, 2020

GF-101(CCAP), 10/2009 Notice of Hearing

 Gmail

Kevin Williams <kwill2131@gmail.com>

---

## Thanks for sharing a home with Dean@germantroyer.com
1 message

---

**Zillow** <shared-home@mail.zillow.com>
Reply-To: kwill2131@gmail.com
To: kwill2131@gmail.com

Mon, Aug 29, 2022 at 5:28 PM



Your message below was successfully sent to **Dean@germantroyer.com**.

**"Dean; supposedly this property WAS sold on 3/4/2022 for $55,000.00?
According to city of milwaukee this property still owned by KCW INC & I
still receive monthly property tax statement which have been PAID FOR
(6) months @ 788 per month this $4,672.00 need too be applied to my
Chapter (13) IF I am not property OWNER? ALso(24) months of rent
payments which have been HELD by community advocates NEED TO be
PAID upcoming SEPTEMBER 21st eviction HEARING etc!"**

Shared by
**kwill2131@gmail.com**

$55,900

**3801 W Douglas Ave, Milwaukee, WI**

Recently Sold

Zillow, Inc.
1301 Second Avenue, Floor 31
Seattle, WA 98101
© 2006-2022

**Privacy policy | Update your preferences**

FILED
12-18-2020
John Barrett
Clerk of Circuit Court
2019CV008051

ATE OF WISCONSIN     CIRCUIT COURT     MILWAUKEE COUNTY

Nationstar Mortgage LLC vs. KCW Inc. et al     **Notice of Hearing**

Case No: 2019CV008051

KCW INC.
2770 NORTH GRANT BLVD.
C/O KEVIN C.WILLIAMS
MILWAUKEE WI 53210

*4/14-220-5115*
*ATTN PAUL*

This case is scheduled for: **Motion hearing**

| Date 01-11-2021 | Time 08:30 am | Location Courthouse, Room 401 901 N. Ninth Street Milwaukee WI 53233 |
|---|---|---|
| Circuit Court Judge/Circuit Court Commissioner William S. Pocan-26 | | |
| Re Foreclosure of Mortgage | | |

This matter will not be adjourned by the court except upon formal motion for good cause or with the specific approval of the c upon stipulation by all parties.

**PLEASE DO NOT APPEAR IN COURT**

This hearing is being held via video and/or telephone conferencing. You may join this hearing by video or phone

BY VIDEO: https://zoom.us/join
BY PHONE: 1-312-626-6799 US (Chicago)

Meeting IDv 98805060205
Meeting Link https://wicourts.zoom.us/j/98805060205

If you have questions or problems connecting to zoom hearing, please call court at (414) 278-4512

**If you require reasonable accommodations due to a disability to participate in the court process, please call 414-985-5757 prior to the scheduled court date. Please note that the court does not provide transportation.**

Milwaukee County Circuit Court
Date: December 18, 2020

GF-101(CCAP), 10/2009 Notice of Hearing
This form shall not be modified. It may be supplemented with additional material.
Case 11-02527-gmh Doc 143 Entered 12/21/22 16:18:59 Page 8 of 11

**Sales**

| Sale Date | Sale Price | Document Number | Seller | Buyer | Property Class at Sale |
|-----------|-----------|-----------------|--------|-------|------------------------|
| 1/14/2022 | 0 | 11223817 | KCW INC | AJAX 2021-G REO CORP | 1 |
| 7/17/2003 | 72500 | 8575668 | KEVIN C WILLIAMS | KCW INC | |
| 1/23/1997 | 45500 | 007326969 | MCM ENTERPRISES | KEVIN C WILLIAMS | |
| 2/28/1991 | 32000 | 006464570 | THOMAS KEMPINSKI | MCM ENTERPRISES | |
| 2/28/1991 | 0 | 006464572 | | ASSOCIATED COMMERCE BANK | |
| 7/28/1989 | 0 | 006299399 | WILLI KEMPINSKI | THOMAS KEMPINSKI | |
| 2/1/1972 | 21000 | 000000000 | | WILLI KEMPINSKI | |

11/3/2022

CUST. SERVICE

RICHARD SMIT

11/3/2022 PHYLISS SYLVARECON
w/ NACA

EXHIBIT 1



THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: July 24, 2016

G. Michael Halfenger
United States Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF WISCONSIN
#### Court Minutes and Order

| | |
|---|---|
| CHAPTER: | 13 |
| DATE: | July 19, 2016 |
| JUDGE: | G. Michael Halfenger |
| CASE NO.: | 2011-24658 |
| DEBTOR: | Kevin C. Williams |
| NATURE OF HEARING: | Adjourned hearing on Structured Asset Securities Corporation Mortgage Loan Trust's Motion for Relief from Stay and Abandonment |
| APPEARANCES: | Rebecca Quiroz, for the chapter 13 trustee |
| | Todd Esser, for the debtor |
| | Michael Acevedo, for Specialized Loan Servicing |
| COURTROOM DEPUTY: | Sara Hackbarth |
| LAW CLERK: | Colin A. Drayton |

On July 19, 2016, the court held an adjourned hearing on Structured Asset Securities Corporation Mortgage Loan Trust's motion for relief from stay and abandonment. The clerk will post an audio recording of the hearing on the court's docket.

For the reasons stated on the record,

1. The court will hold an evidentiary hearing on Structured Asset Securities Corporation Mortgage Loan Trust's Motion for Relief from Stay and Abandonment on **Wednesday, September 7, 2016, at 2:00 p.m. in Room 133** of the United States Courthouse, Milwaukee, Wisconsin 53202.

2. On or before **August 31, 2016**, both parties file copies of exhibits that they contemplate using at the evidentiary hearing; exhibits should be numbered as

described in the procedures posted on the court's website at http://wieb.uscourts.gov/index.php/judges/judge-halfenger/procedures.

3. On or before **August 31, 2016**, both parties must file a list of witnesses that each party intends to call at the evidentiary hearing in that party's case-in-chief, along with a brief summary of each witness's testimony.

4. The automatic stay is continued pursuant to §362(e)(1), because the court concluded that there was a reasonable likelihood that the debtor would prevail in defending against the motion.

5. The failure to identify an exhibit or witness will result in *exclusion* of the exhibit or witness, except upon a showing that the failure was substantially justified or harmless.

6. The evidentiary hearing will not be rescheduled *except* upon a showing of cause and consent of the court.

#####